FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 16, 2018
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGUEL CISNEROS DIAZ,<br><br>    Petitioner,<br><br>v.<br><br>JEFFREY A. UTTECHT,<br><br>    Respondent. | No. 1:15-CV-03163-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's March 29, 2018 Report and Recommendation, ECF No. 41, recommending that Miguel Cisneros Diaz's Petition for Writ of Habeas Corpus be denied. There were no objections filed. After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 41**, is **ADOPTED** in its entirety.

2. Petitioner's Motion for Release Pending Habeas Review, ECF No. 37, is **DENIED**.

ORDER - 1

1     **3.**     The Petition for Writ of Habeas Corpus, **ECF No. 8**, is **DENIED.**

2     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

3 provide copies to all counsel and Magistrate Judge Dimke.

4     **DATED** this 16th day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2